1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ANTHONY M. BLACKWELL,

10            Petitioner,                    No. CIV S-10-2316 GGH P

11        vs.

12   JAMES WALKER,

13            Respondent.                    <u>ORDER</u>

14   _____/

15            Petitioner has requested the appointment of counsel.  There currently exists no

16   absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d

17   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18   any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

19   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

20   served by the appointment of counsel at the present time.

21            Accordingly, IT IS HEREBY ORDERED that petitioner's August 27, 2010

22   motion for appointment of counsel (Docket No. 5) is denied without prejudice to a renewal of the

23   motion at a later stage of the proceedings.

24   DATED: September 29, 2010

25                                     /s/ Gregory G. Hollows

26                                     _____
                                       UNITED STATES MAGISTRATE JUDGE

GGH:mp; blac2316.110