IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY M. BLACKWELL, | | |
| Petitioner, | No. CIV S-06-1876 RRB GGH P | |
| vs. | | |
| RODERICK Q. HICKMAN, | | |
| Respondent. | ORDER | |
| _____ / | | |
| ANTHONY M. BLACKWELL, | | |
| Petitioner, | No. CIV S-10-2316 RRB GGH P | |
| vs. | | |
| JAMES WALKER, | | |
| Respondent. | ORDER | |
| _____ / | | |

      Petitioner in both cases, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The above two cases have been consolidated. On August 12, 2011, in case 06-1876 petitioner filed a motion (Doc. 25) noting that respondent had not filed an answer on time. Petitioner is mistaken, respondent requested an extension which appeared in case 10-2316 which was granted and respondent filed the answer on

1

1  August 9, 2011.  Therefore, respondent's answer is timely filed.

2          In accordance with the above, IT IS HEREBY ORDERED that:

3          1.  The motion for default judgement (Doc. 25 in CIV S-06-1876 RRB GGH) is

4  denied and respondent's answer is timely filed.

5          2. The Clerk of the Court is directed to docket respondent's answer, Doc. 23 in

6  CIV S-06-1876 RRB GGH onto the docket in CIV S-10-2316 RRB GGH P

7  DATED: September 14, 2011

8          /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

9

GGH:AB

10 blac2316.ord3

2