1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY M. BLACKWELL,

11              Petitioner,                    No. 2:06-cv-1876 RRB GGH P

12        vs.

13   RODERICK Q. HICKMAN,

14              Respondent.                    ORDER

15   _____/

16   ANTHONY M. BLACKWELL,

17              Petitioner,                    No. 2:10-cv-2316 RRB GGH P

18        vs.

19   JAMES WALKER,

20              Respondent.                    ORDER

21   _____/

22              Petitioner has requested an extension of time to file a response to the September

23   12, 2012, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED

24   that:

25              1.  Petitioner's October 11, 2012, request for an extension of time (Docket No. 31,

26   No. 2:10-cv-2316 RRB GGH P) is granted; and

2.  Petitioner shall file his objections to the findings and recommendations within thirty days from the date of this order.

DATED: October 16, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:kly
blac2316.111